UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 15-CV-23213-SCOLA**

DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION,
AND CUSTOMS ENFORCEMENT,

    Petitioner,

v.

TASAWAR MALIK,

    Respondent.
_____/

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    ANY UNITED STATES MARSHAL and
        WARDEN, Krome Detention Facility, Miami, Florida

It appearing to the Court that **Tasawar Malik**, respondent in this cause, is confined at Krome Detention Facility, 18201 S.W. 12th Street, Miami, Florida, and his appearance is necessary on Petitioner's Petition for Emergency Court Order at the **Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 12-3, 12th floor, Miami, Florida** 33128, on **Tuesday, September 1, 2015 at 9:30 A.M.**, and that it is necessary for said respondent to be before this Court for said proceeding.

This is to command you, any United States Marshal, that you have the body of the said, **Tasawar Malik**, now detained in custody as aforesaid, under safe and secure conduct before this Court at Miami, Florida, by or before **9:30 A.M.** on **September 1, 2015** for hearing. Upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

This is to command you, Warden at Krome Detention Facility, at Miami, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said respondent for safe and secure conduct for the purpose aforesaid.

    **DONE AND ORDERED** at Miami, Florida, on August 27, 2015.

                                      _____
                                      ROBERT N. SCOLA, JR.
                                      UNITED STATES DISTRICT JUDGE

cc: counsel of record
     United States Marshal Service (3 certified copies)